**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MORRIS MULTIMEDIA, INC.,**
**MORRIS NETWORK, INC., AND**
**KARK-TV, INC.**                                                                                  **PLAINTIFFS**

V.                                     NO. 4-05-CV-1293JMM

**NATIONAL CASUALTY COMPANY**                              **DEFENDANTS**

## ORDER

Upon joint stipulation of the parties, this case having been settled with each side responsible for payment of its attorney's fees and costs, it is hereby dismissed with prejudice.

Dated this   13   day of October, 2005.

_____
HONORABLE JAMES M. MOODY
United States District Judge